THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Denorris Laron Pettus, Appellant.
 
 
 

Appeal From York County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2007-UP-168
Submitted April 2, 2007  Filed April 13, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; Solicitor Thomas E. Pope, of Rock Hill, for Respondent.
 
 
 

PER CURIAM:  Denorris Laron Pettus appeals his guilty plea to voluntary manslaughter and possession of a firearm during the commission of a violent crime.  Counsel for Pettus attached to the final brief a petition to be relieved as counsel.  Pettus did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Pettus appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and STILWELL, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.